UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
ANYELOS ANGELES SANTOS,                                            :
                                                                   :
                              Petitioner,                          :
                                                                   :          21-CV-1759 (JMF)
             -v-                                                   :
                                                                   :          ORDER TO ANSWER, 28
ORANGE COUNTY CORRECTIONAL FACILITY, et                            :          U.S.C. § 2241
al.,                                                               :
                                                                   :
                              Respondents.                         :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court, having examined the petition in this action, which Petitioner filed pursuant to
28 U.S.C. § 2241, hereby ORDERS that:

        The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's
Office for the Southern District of New York that this Order has been issued.

        Within **two weeks of the date of this Order**, the U.S. Attorney's Office shall file a letter
providing any information that it can concerning Petitioner's immigration status so the Court
may better ascertain the nature of his claims.  The letter should also provide Respondents' view
on how the Court should handle this petition.

        **Unless and until the Court orders otherwise, no later than thirty days from the date
of this Order**, the U.S. Attorney's Office shall file an answer or other pleadings in response to
the petition.  Petitioner may file reply papers, if any, **within two weeks from the date Petitioner
is served with Respondent's answer**.  The Court may modify these dates upon receipt of the
Government's letter.

        The Clerk of Court is directed to serve a copy of this Order on Petitioner.

        SO ORDERED.

Dated: March 8, 2021                        _____
       New York, New York                          JESSE M. FURMAN
                                                   United States District Judge